JUDGE LYNCH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 20 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   -v.-                           :     INDICTMENT

ELIAS SEPULVEDA,                  :     07 Cr.
   a/k/a "Roberto Gomez,"
   a/k/a "Angel Hernandez,"            **07CRIM. 664**
   a/k/a "Elias Feliz,"
   a/k/a "Rene Gonzalez,"         :
   a/k/a "Jacinto Montanez,"
                                  :
       Defendant.
                                  :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

In or about January 2007, in the Southern District of New York and elsewhere, ELIAS SEPULVEDA, a/k/a "Roberto Gomez," a/k/a "Angel Hernandez," a/k/a "Elias Feliz," a/k/a "Rene Gonzalez," a/k/a "Jacinto Montanez," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States on or about February 23, 2005, subsequent to a conviction for the commission of an aggravated felony, to wit, attempted criminal sale of a controlled substance in the third degree, a violation of New York state penal law section 220.39, in New York State Supreme Court, New York County, on or about February 15, 1991, without having obtained the express consent of

the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____     _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ELIAS SEPULVEDA,
a/k/a "Roberto Gomez,"
a/k/a "Angel Hernandez,"
a/k/a "Elias Feliz,"
a/k/a "Rene Gonzalez,"
a/k/a "Jacinto Montanez,"

Defendant.

## INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

_____
             MICHAEL J. GARCIA
             United States Attorney.

A TRUE BILL

_____
                    Foreperson.

Post 11-1-87
7/20/07 - Filed Ind.
Ellis. J