ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       -v.-                      :       AFFIRMATION

ELIAS SEPULVEDA,                    :       07 Cr. 664
   a/k/a "Roberto Gomez,"
   a/k/a "Angel Hernandez,"          :
   a/k/a "Elias Feliz,"
   a/k/a "Rene Gonzalez,"           :
   a/k/a "Jacinto Montanez,"
                            :

       Defendant.
                            :
- - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

       CHI T. STEVE KWOK, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one ELIAS SEPULVEDA, a/k/a "Roberto Gomez," a/k/a "Angel Hernandez," a/k/a "Elias Feliz," a/k/a "Rene Gonzalez," a/k/a "Jacinto Montanez," now incarcerated at the Collins Correctional Facility, P.O. Box 490, Middle Road, Collins, New York 14034-0490, has been charged in an indictment with violating 8 U.S.C. § 1326 (a) & (b)(2).

       WHEREFORE, your deponent respectfully requests that a writ of habeas corpus ad prosequendum issue, directing the Warden of the Collins Correctional Facility, P.O. Box 490, Middle Road, Collins, New York 14034-0490, and the United States Marshal for the Southern District of New York to produce the above-named

                                                      Chi T. Steve Kwok
                                        Assistant U.S. Attorney
                                                    (212) 637-2415

defendant to appear before the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, there to be available for prosecution, as soon as the defendant is available, and after ELIAS SEPULVEDA, a/k/a "Roberto Gomez," a/k/a "Angel Hernandez," a/k/a "Elias Feliz," a/k/a "Rene Gonzalez," a/k/a "Jacinto Montanez," has been discharged or been convicted and sentenced, to return him to the Collins Correctional Facility, P.O. Box 490, Middle Road, Collins, New York 14034-0490.

      No previous application for similar relief has been made.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

                                        _____
                                        Chi T. Steve Kwok
                                        Assistant United States Attorney
                                        (212) 637-2415

Dated:    July 26, 2007
            New York, New York

```
                                    Chi T. Steve Kwok
                                 Assistant U.S. Attorney
                                        (212) 637-2415
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ELIAS SEPULVEDA,
a/k/a "Roberto Gomez,"
a/k/a "Angel Hernandez,"
a/k/a "Elias Feliz,"
a/k/a "Rene Gonzalez,"
a/k/a "Jacinto Montanez,"

Defendant.

AFFIRMATION IN SUPPORT OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

07 Cr. 664

(Title 8, United States Code,
Section 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney