# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

October 26, 2007

**BY HAND DELIVERY**

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

RECEIVED
OCT 26 2007
CHAMBERS OF
[illegible]

Re: **United States v. Elias Sepulveda**
    07 Cr. 664 (GEL)

Dear Judge Lynch:

I write, in the above-captioned case, to request two additional business days to file the defense submission in this case, which is currently due on November 2, 2007. I just received the PSR today, and am beginning a trial on Monday, and therefore require some additional time to prepare Mr. Sepulveda's sentencing memorandum. I prefer not to adjourn Mr. Sepulveda's sentencing because the probation department is recommending a concurrent sentence in this case, and Mr. Sepulveda is not currently getting time credit on his federal case. Therefore I ask for the [defense submission to be due on Tuesday, November 6,] ✷ and ask that the sentencing go forward as scheduled on November 9, 2007.

Respectfully submitted,

*Jennifer R.* [signature]

**JENNIFER L. BROWN**
Attorney for **Elias Sepulveda**
212-417-8722

[ELECTRONICALLY FILED stamp 10/29/07]

cc: Steve Kwok, Esq.
    Assistant United States Attorney
    Southern District of New York

    Elias Sepulveda
    Reg. No. 60212-054
    MCC New York

✷ SO ORDERED

[signature]
GERARD E. LYNCH, U.S.D.J.