# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

ELIAS SEPULVEDA

Docket Number __07 Cr. 664 (GEL)__

Honorable Gerald E. Lynch
(District Court Judge)

Notice is hereby given that the defendant, Elias Sepulveda appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [ ]: other [ ]: _____
(specify)

entered in this action on  11/08/07
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [✓]:   conviction and sentence [ ].

Date: November 14, 2007

TO:  Steve Kwok, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Elias Sepulveda Reg. No. 60212-054

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER ► | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br>9/14/2007<br><br>11/8/2007 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature _(signed)_   DATE November 14, 2007

► COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

COPY 1 - ORIGINAL