```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA           :

        - v -                      :

Elias Sepulveda                    :

            Defendant.             :

------------------------------------x
```

**ORIGINAL**

ORDER
07 Cr. 664 (GEL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

Upon the application of **Elias Sepulveda**, by his attorney, **Jennifer Brown, Esq.,** Federal Defenders of New York, Inc., it is hereby

**ORDERED** that Collins Correctional Facility allow Elias Sepulveda, a.k.a. Angel Hernandez (DIN # 07R011) to make legal phone calls from his counselor's office to his attorneys, Jennifer Brown, Esq. and Yuanchung Lee, Esq.

Dated: New York, New York
       April 4, 2008

SO ORDERED:

_____
HONORABLE GERARD E. LYNCH
United States District Judge